**VAN–126** Order for Refund of Unclaimed Funds – Rev. 05/14/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Carolina Pottery Retail Group Inc
 *( debtor has no known aliases )*
C/O JOHNNY B. KERR, PRESIDENT
2808 HAZELWOOD DRIVE
RALEIGH, NC 27608

CASE NO.: 01–00243–5–ATS

DATE FILED: January 26, 2001

CHAPTER: 11

TaxID: 56–1365891

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $9028.96 constituting unclaimed funds is declared due to Euler Am Credit Indemnity, c/o Am Prop. Locators, Attn Neely Goen, 3855 So Blvd, Ste 200, Edmond, OK by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: May 29, 2008

A. THOMAS SMALL
United States Bankruptcy Judge