**VAN–126** Order for Refund of Unclaimed Funds – Rev. 03/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Carolina Pottery Retail Group Inc
  *( debtor has no known aliases )*

C/O JOHNNY B. KERR, PRESIDENT
2808 HAZELWOOD DRIVE
RALEIGH, NC 27608

TaxID: 56–1365891

CASE NO.: 01–00243–5–ATS

DATE FILED: January 26, 2001

CHAPTER: 11

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $9028.96 constituting unclaimed funds is declared due to Inliten, LLC d/b/a Noma, c/o National Recovery Services, PO Box 462, Spring Lake, NJ 07762 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: May 10, 2010

*J. Rich Leonard*

J. Rich Leonard
United States Bankruptcy Judge